**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6452

ANDREW WINDSOR, a/k/a Darryl Thomas, a/k/a
Andrew Wilson, a/k/a John Carlton Harris,
a/k/a Joseph Williams,

                                    Plaintiff - Appellant,

          versus

B. G. COMPTON; DEJESUE; DAVID ROFF, Health
Services Administrator; C. M. STRICKLAND; AW;
PHAM,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge. (CA-04-65-SGW)

Submitted:  May 27, 2004          Decided:  June 4, 2004

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Windsor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrew Windsor appeals the district court's order dismissing without prejudice his petition for writ of habeas corpus, which the district court properly construed as a complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Windsor v. Compton</u>, No. CA-04-65-SGW (W.D. Va. Feb. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>